UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 19 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ROBERTO PADILLA (1),<br><br>                    Defendant. | CASE NO. **11CR5523-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_     the Court has dismissed the case for unnecessary delay; or

X     the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_     the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_     a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_     the jury has returned its verdict, finding the defendant not guilty;

X     of the offense(s) as charged in the Indictment :

    21 USC 952, 960 - IMPORTATION OF MARIJUANA

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 13, 2012

                                              Janis L. Sammartino
                                              U.S. District Judge